UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE GILMORE | CIVIL ACTION |
| VERSUS | NO. 17-4176 |
| AUDUBON NATURE INSTITUTE, INC. | M.J. WILKINSON |

## **J U D G M E N T**

Considering the Consent Order, Record Doc. No. 31, the separately-entered Order and Reasons on Motion, and acting pursuant to 28 U.S.C. § 636(c),

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of plaintiff, Wayne Gilmore, and against defendant, Audubon Nature Institute, Inc., in the total amount of $41,100.62 in reasonable attorney's fees and costs.

New Orleans, Louisiana, this __5th__ day of November, 2018.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE